# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

RONNIE WILLIAMS,

     Plaintiff,

v.                                     Case No. 5:19-cv-5-TKW/MJF

WILLIAM PAYNE,

     Defendant.

_____/

## O R D E R

This is before the Court based on the magistrate judge's Report and Recommendation (Doc. 41). No objections were filed. Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's determination that this case should be dismissed based on Plaintiff's failure to fully disclose his litigation history. Accordingly, it is

**ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. Defendant's motion to dismiss (Doc. 38) is **GRANTED**, and this case is **DISMISSED** pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(i) and 1915A(b)(1) for maliciousness and abuse of the judicial process.

3. The Clerk shall close the case file.

**DONE AND ORDERED** this 28th day of June, 2021.

*T. Kent Wetherell, II*

**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**